## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: VARGAS, MARCELO E. § Case No. 14-15718
      VARGAS, JESSICA GRACE § 
 § 
Debtor(s) § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 21, 2014. The undersigned trustee was appointed on August 21, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         1,945.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 30.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 31.74 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 1,883.26 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 01/02/2015 and the deadline for filing governmental claims was 02/17/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $478.32.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $478.32, for a total compensation of $478.32.[2]  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $177.99, for total expenses of $177.99.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/23/2015            By: /s/David A. Rosenberg, Trustee
                                          Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-15718  
**Case Name:** VARGAS, MARCELO E.  
VARGAS, JESSICA GRACE  
**Period Ending:** 09/23/15

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 08/21/14 (f)  
**§341(a) Meeting Date:** 09/26/14  
**Claims Bar Date:** 01/02/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | US BANK CHECKING ACCOUNT NUMBER ENDING IN 3022<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 2 | US BANK CHECKING ACCOUNT NUMBER ENDING IN 7354<br>No value to estate | 1.72 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS, FURNITURE AND ELECTRONICS<br>No value to estate | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS, COLLECTIBLES AND DVDS<br>No value to estate | 500.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL<br>No value to estate | 500.00 | 0.00 | | 0.00 | FA |
| 6 | WEDDING RINGS<br>No value to estate | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | TREADMILL AND SPORTS EQUIPMENT<br>No value to estate | 500.00 | 0.00 | | 0.00 | FA |
| 8 | PRUDENTIAL GROUP LIFE INSURANCE<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 9 | ARMY NATIONAL GUARD RETIREMENT - AMOUNT BASED ON<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2014 ESTIMATED TAX REFUND | 1,000.00 | 1,000.14 | | 1,913.26 | FA |
| 11 | 1970 CHEVROLET CHEVELLE WITH 240,000 MILES, INOP<br>No value to estate | 4,230.00 | 0.00 | | 0.00 | FA |
| 12 | 1992 HONDA CIVIC SI WITH 220,000 MILES, NOT CURR<br>No value to estate | 1,925.00 | 0.00 | | 0.00 | FA |
| 13 | 2011 HONDA ACCORD WITH 24,500 MILES<br>No value to estate | 14,950.00 | 0.00 | | 0.00 | FA |
| 14 | 2005 DODGE RAM WITH 110,000 MILES<br>No value to estate | 7,450.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-15718  
**Case Name:** VARGAS, MARCELO E.  
VARGAS, JESSICA GRACE  
**Period Ending:** 09/23/15

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 08/21/14 (f)  
**§341(a) Meeting Date:** 09/26/14  
**Claims Bar Date:** 01/02/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | 2012 DODGE CHALLENGER SRT-8 WITH 23,000 MILES CO<br>No value to estate | 43,670.00 | 0.00 | | 0.00 | FA |
| 16 | 1998 HONDA ACCORD WITH 200,000 MILES DEBTOR'S BR<br>No value to estate | 500.00 | 500.00 | | 0.00 | FA |
| 17 | 3 CATS, 1 GUINEA PIG, 1 RABBIT, 1 TURTLE AND FIS<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets** **Totals** (Excluding unknown values) | **$78,226.72** | **$1,500.14** | | **$1,913.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Approval of TFR by USTO  
    Ready for TFR.  
    Waiting for 2014 Tax Return. - Received.

**Initial Projected Date Of Final Report (TFR):** September 26, 2016   **Current Projected Date Of Final Report (TFR):** September 26, 2016

Printed: 09/23/2015 01:59 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 14-15718 | | Trustee: | David A. Rosenberg, Trustee (480023) |
|---|---|---|---|---|
| Case Name: | VARGAS, MARCELO E. | | Bank Name: | Rabobank, N.A. |
| | VARGAS, JESSICA GRACE | | Account: | ******0666 - Checking Account |
| Taxpayer ID #: | **-***6904 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/23/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/11/15 | | United States Treasury | 2014 Refund | | | 1,945.00 | | 1,945.00 |
| | {10} | | 2014 Refund | 1,913.26 | 1124-000 | | | 1,945.00 |
| | | | Non-Estate Funds | 31.74 | 1280-000 | | | 1,945.00 |
| 06/23/15 | 101 | JESSICA & MARCELO VARGAS | NON-ESTATE FUNDS | | 8500-002 | | 31.74 | 1,913.26 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,903.26 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,893.26 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,883.26 |
| | | | ACCOUNT TOTALS | | | 1,945.00 | 61.74 | $1,883.26 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | Subtotal | | | 1,945.00 | 61.74 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | NET Receipts / Disbursements | | | $1,945.00 | $61.74 | |

| | | |
|---|---|---|
| Net Receipts : | | 1,945.00 |
| Less Other Noncompensable Items : | | 31.74 |
| Net Estate : | | $1,913.26 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0666 | 1,945.00 | 61.74 | 1,883.26 |
| | $1,945.00 | $61.74 | $1,883.26 |

{} Asset reference(s)

Printed: 09/23/2015 01:59 PM    V.13.25

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 2, 2015

**Case Number:** 14-15718  
**Debtor Name:** VARGAS, MARCELO E.

Page: 1

**Date:** September 23, 2015  
**Time:** 01:59:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $177.99 | $0.00 | 177.99 |
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $478.32 | $0.00 | 478.32 |
| 5<br>100 | BMW FINANCIAL SERVICES NA, LLC<br>P.O. BOX 3608<br>DUBLIN, OH 43016 | Secured | Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code, Section 726(a) | $0.00 | $0.00 | 0.00 |
| 6<br>100 | AMERICAN HONDA FINANCE CORPORATION<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088,IRVING, TX 75016-8088 | Secured | Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code, Section 726(a) | $0.00 | $0.00 | 0.00 |
| 1<br>610 | MIDLAND CREDIT MANAGEMENT,INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Unsecured | | $7,638.79 | $0.00 | 7,638.79 |
| 2<br>610 | MIDLAND CREDIT MANAGEMENT, INC.<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090 | Unsecured | | $725.92 | $0.00 | 725.92 |
| 3<br>610 | PLUSFOUR INC.<br>ACCT NO XXX8766<br>6345 S PECOS RD STE 212<br>LAS VEGAS, NV 89120 | Unsecured | | $247.48 | $0.00 | 247.48 |
| 4<br>610 | PLUSFOUR INC.<br>ACCT NO XXX4807<br>6345 S PECOS RD STE 212<br>LAS VEGAS, NV 89120 | Unsecured | | $263.67 | $0.00 | 263.67 |
| 7<br>610 | MOUNTAINVIEW HOSPITAL<br>RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE, SC 29602 | Unsecured | | $44,894.00 | $0.00 | 44,894.00 |
| 8<br>610 | MOUNTAINVIEW HOSPITAL<br>RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE, SC 29602 | Unsecured | | $824.65 | $0.00 | 824.65 |
| 9<br>610 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND<br>ASSIGNS AS ASSIGNEE OF LABORATORY,<br>GREENVILLE, SC 29603-0587 | Unsecured | | $19.34 | $0.00 | 19.34 |
| 10<br>610 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>DIRECTV, LLC<br>PO BOX 51178<br>LOS ANGELES, CA 90051-5478 | Unsecured | | $571.94 | $0.00 | 571.94 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 2, 2015

**Case Number:** 14-15718  
**Debtor Name:** VARGAS, MARCELO E.

Page: 2

**Date:** September 23, 2015  
**Time:** 01:59:48 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 610 | AUTOVEST, L.L.C.<br>P O BOX 2247<br>SOUTHFIELD, MI 48037-2247 | Unsecured | | $18,660.69 | $0.00 | 18,660.69 |
| 12 620 | UNITED CONSUMER FINANCIAL SERVICES<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | Tardy claim is subordinated to timely filed claims. | $1,269.66 | $0.00 | 1,269.66 |
| << Totals >> | | | | 75,772.45 | 0.00 | 75,772.45 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-15718
Case Name: VARGAS, MARCELO E.
Trustee Name: David A. Rosenberg, Trustee

**Balance on hand:** $ 1,883.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | BMW FINANCIAL SERVICES NA, LLC | 28,734.59 | 0.00 | 0.00 | 0.00 |
| 6 | AMERICAN HONDA FINANCE CORPORATION | 19,582.66 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,883.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David A. Rosenberg, Trustee | 478.32 | 0.00 | 478.32 |
| Trustee, Expenses - David A. Rosenberg, Trustee | 177.99 | 0.00 | 177.99 |

Total to be paid for chapter 7 administration expenses: $ 656.31
Remaining balance: $ 1,226.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,226.95

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 1,226.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,846.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MIDLAND CREDIT MANAGEMENT,INC | 7,638.79 | 0.00 | 126.92 |
| 2 | MIDLAND CREDIT MANAGEMENT, INC. | 725.92 | 0.00 | 12.06 |
| 3 | PLUSFOUR INC. | 247.48 | 0.00 | 4.11 |
| 4 | PLUSFOUR INC. | 263.67 | 0.00 | 4.38 |
| 7 | MOUNTAINVIEW HOSPITAL | 44,894.00 | 0.00 | 745.91 |
| 8 | MOUNTAINVIEW HOSPITAL | 824.65 | 0.00 | 13.70 |
| 9 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND | 19.34 | 0.00 | 0.32 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR | 571.94 | 0.00 | 9.50 |
| 11 | AUTOVEST, L.L.C. | 18,660.69 | 0.00 | 310.05 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 1,226.95 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 1,269.66 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | UNITED CONSUMER FINANCIAL SERVICES | 1,269.66 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**